LAW OFFICES
## MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

McLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.

STEVEN D. FRENKIL
410-385-3758

December 27, 2000

**Via Hand Delivery**

The Honorable Benson E. Legg
United States District Judge
United States District Court
 for the District of Maryland
Room 340
Garmatz Federal Court House
101 West Lombard Street
Baltimore, Maryland 21201

    Re:  Kenneth Koehler v. S & S Management Services, Inc.
           Civil Action No. L-00-2737

Dear Judge Legg:

I am authorized to write this letter on behalf of counsel for both parties.

We are writing to jointly request a sixty day extension of the discovery deadline from February 22, 2001 to April 23, 2001. The parties commenced discovery in a timely manner, but the process of gathering information has taken longer than expected.

Therefore, we respectfully request the additional sixty days to complete discovery and request that all other deadlines in the Scheduling Order be extended for the same length of time. No date for a Scheduling Conference or Trial had been established in the Pretrial Order.

Thank you very much for your consideration of this request.

Very truly yours,

*[signature]*
Steven D. Frenkil

SDF:mjg
cc:  Martin E. Wolf, Esquire, Counsel for Plaintiff

MOTION "Granted" this ___ day of January, 20 01.

*[signature]*
BENSON EVERETT LEGG, U.S.D.J.