IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH KOEHLER,<br>    Plaintiff,<br><br>v.<br><br>S&S MANAGEMENT SERVICES, INC.,<br>    Defendant. | Civil Action No. L-00-2737 |

FILED
2001 MAY 22 A 9:09
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

### STIPULATED MOTION OF THE PARTIES FOR PROPOSED BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT

The parties in the above-captioned matter, Kenneth Koehler, Plaintiff, and S&S Management Services, Inc., Defendant, hereby respectfully request the approval of the following briefing schedule with regard to the Parties' intent to file a motion for summary judgment. The original Scheduling Order dated October 4, 2000, established a due date of March 19, 2001, for dispositive motions to be filed. In a letter motion from counsel dated December 27, 2000, the Scheduling Order was subsequently amended to continue the discovery deadline to April 23, 2001. Because the letter motion did not specifically address the date for filing dispositive motions, the parties wish to request the Court's approval of the following briefing schedule:

- Any dispositive motion and supporting memorandum to be served by June 22, 2001;

- Any opposition to be served by July 20, 2001;

- Any reply memorandum to be served by August 3, 2001.

Dated: May 21, 2001

Respectfully submitted,                                  Respectfully submitted,

_Martin E. Wolf_ 5/21/01 (By Steven W. Ray w/Permission)    _Steven W. Ray_ 5/21/01
Martin E. Wolf            Date                              Steven W. Ray            Date
 Federal Bar No.                                             Federal Bar No. 13410
Quinn, Gordon & Wolf, LLP                                   RAY & ISLER, P.C.
40 West Chesapeake Ave., Suite 408                          8245 Boone Boulevard, Suite 402
Baltimore, Maryland 21204                                   Vienna, Virginia 22182
(410) 825-2300                                              (703) 748-2690

Counsel for Plaintiff                                       Counsel for Defendant
Kenneth Koehler                                             S&S Management Services, Inc.


It is so Ordered:
This 23rd day of May, 2001.        _B. Legg_
                                   United States District Court Judge

2