IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENNETH KOEHLER,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. L-00-2737 |
| S&S MANAGEMENT SERVICES, INC.,<br>    Defendant. | )<br>)<br>) | |

## JOINT STATUS REPORT

The parties in the above-captioned matter, Kenneth Koehler, Plaintiff, and S&S Management Services, Inc., Defendant, through their respective counsel, hereby respectfully submit this joint status report pursuant to the Court's Scheduling Order dated October 4, 2000, as follows:

a. The parties have entered into discussions to settle the case and are in the process of exchanging offers. The parties remain optimistic that this case can be resolved to the satisfaction of both parties.

b. Due to the schedules of the counsel for the parties as well as Plaintiff and the decision-makers on behalf of Defendant, the parties do not expect to be able to conclude their negotiations until the end of the month. As such, the parties respectfully request that in the event settlement negotiations are unsuccessful, the briefing schedule for summary judgment motions as set forth in the Stipulated Motion of the Parties For Proposed Briefing Schedule for Motion for Summary Judgment entered by the Court on May 23, 2001, be extended by two weeks.

Dated: June 22, 2001

Respectfully submitted,                                   Respectfully submitted,

_/s/ Martin E. Wolf 6/21/01 (by Steven W. Ray w/permission)_   _/s/ Steven W. Ray 6/21/01_
Martin E. Wolf            Date                            Steven W. Ray            Date
 Federal Bar No.   09425                                   Federal Bar No. 13410
Quinn, Gordon & Wolf, LLP                                 RAY & ISLER, P.C.
40 West Chesapeake Ave., Suite 408                        8245 Boone Boulevard, Suite 402
Baltimore, Maryland  21204                                Vienna, Virginia 22182
(410) 825-2300                                            (703) 748-2690

Counsel for Plaintiff                                     Counsel for Defendant
Kenneth Koehler                                           S&S Management Services, Inc.


It is so Ordered:

This 25th day of June, 2001                               _/s/ Marvin J. Garbis_
                                                          United States District Court Judge