UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 14  A 11: 09

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

August 13, 2001

MEMORANDUM TO COUNSEL RE:   Kenneth Koehler v.
S&S Management Services, Inc.
Civil #L-00-2737

Dear Counsel:

A joint status report of June 22, 2001, submitted by counsel requested a two-week extension for the filing of dispositive motions because the parties had entered into settlement discussions. To date nothing has been filed by the parties. Accordingly, on or before August 20, 2001, counsel are to submit a written joint status report.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

