IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH KOEHLER )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>S&S MANAGEMENT SERVICES, INC. )<br>)<br>Defendant )<br>_____ ) | Civil Action No. L-00-2737 |

### ORDER

The Plaintiff and Defendant S&S Management Services, Inc. ("S&S"), having reached an amicable settlement in the above-captioned action and having filed a Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), seeking to dismiss with prejudice all of the claims asserted in the action against the Defendant S&S, it is hereby

ORDERED

that all claims in the above-captioned action against the Defendant S&S are dismissed with prejudice.

Entered: this 20 day of August 2001.

_____
United States District Judge

20